UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACK COBB,<br><br>    Plaintiff,<br><br>    v.<br><br>P.S.C., INC.,<br><br>    Defendant. | CASE NO. 3:16-cv-5103-RJB<br><br>ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR DISMISSAL |

THIS MATTER comes before the Court on Defendant P.S.C., Inc.'s Motion for Summary Judgment and/or Dismissal. Dkt. 10. Plaintiff has not filed a response to the motion. The Court has considered the record and the remainder of the file herein.

Defendant requests dismissal on two grounds: (1) under Fed. R. Civ. P. 37(b)(2)(A)(v), for failure to provide discovery, and (2) under Fed. R. Civ. P. 56. Defendant also requests an award of at least $500 in attorney's fees. Dkt. 10.

On October 24, 2016, Defendant filed a Motion to Compel Discovery. Dkt. 8. Plaintiff did not respond to the motion, and the Court granted the motion on November 23, 2016. Dkt. 9. Defendant's counsel now represents that even after the Court issued that order, Plaintiff has yet

to provide discovery. Dkt. 10. Plaintiff has not responded to Defendant's counsel's representation. In fact, Plaintiff has not made any filings in this case since the filing of the JSR on May 13, 2016. *See* Dkt. 6. Further, although not before the Court in this present motion, Plaintiff's counsel has failed to respond in multiple other matters within this district. *See, e.g., Walker v. Saturn Systems*, 3:16-cv-05813-RJB, *Spahr v. Quick Collections, Inc.*, 3:16-cv-05402-RBL, *Wade v. DCS Financial, Inc.*, 3:16-cv-05398-BHS.

Based on these facts, dismissal pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) for Plaintiff's failure to provide discovery is warranted. An award of $500 to Defendant for attorney's fees is also warranted.

Because dismissal is appropriate under Fed. R. Civ. P. 37(b)(2)(A)(v), the Court does not reach the issue of whether summary judgment is appropriate under Fed. R. Civ. P. 56.

* * *

THEREFORE it is HEREBY ORDERED that Defendant's Motion for Summary Judgment and/or Dismissal (Dkt 10) is GRANTED IN PART. The motion is granted as to Defendant's request for dismissal pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). The case is HEREBY DISMISSED. Defendant's request for $500 in attorney's fees is granted. Defendant's motion is otherwise denied.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 19th day of January, 2017.

ROBERT J. BRYAN
United States District Judge